IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

IKECHUKWU NDU

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

UNIIVERSITY OF SOUTHERN MAINE; JACQUELINE EDMONDSON, ADAM TUCHINSKY; JOANNE WILLIAMS; JANE KUENZ; STEPHEN HANSEN; ROZHIN YOUSEFVAND-MANSOURI.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
            *(check one)*

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   **Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.**

   | | |
   |---|---|
   | Name | Ikechukwu Ndu |
   | Street Address | 233 Mulberry Rd |
   | City and County | Mansfield Center, Tolland County |
   | State and Zip Code | CT 06250 |
   | Telephone Number | (860) 942 0314 |
   | E-mail Address | nduikeco@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | University of Southern Maine |
   | Job or Title | Organization (if known) |
   | Street Address | 96 Falmouth St, |
   | City and County | Portland |
   | State and Zip Code | ME 04103 |
   | Telephone Number | (207) 780-4480 |
   | E-mail Address | usm.president@maine.edu (if known) |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Dr. Jacqueline Edmondson |
   | Job or Title | President, University of Southern Maine (if known) |
   | Street Address | 96 Falmouth St, |
   | City and County | Portland |
   | State and Zip Code | ME 04103 |
   | Telephone Number | (207) 780-4480 |
   | E-mail Address | usm.president@maine.edu (if known) |

Defendant No. 3

| | |
|---|---|
| Name | Dr. Adam Tuchinsky |
| Job or Title (if known) | Former Interim Provost, University of Southern Maine |
| Street Address | 96 Falmouth St, |
| City and County | Portland |
| State and Zip Code | ME 04103 |
| Telephone Number | 207-780-4198 |
| E-mail Address | adam.tuchinsky@maine.edu (if known) |

Defendant No. 4

| | |
|---|---|
| Name | Dr. Joanne Wiiliams |
| Job or Title (if known) | Dean, College of Management and Human Service |
| Street Address | 96 Falmouth St, |
| City and County | Portland |
| State and Zip Code | ME 04103 |
| Telephone Number | 207-780-4665 |
| E-mail Address | joanne.williams@maine.edu(if known) |

Defendant No. 5

| | |
|---|---|
| Name | Dr. Jane Kuenz |
| Job or Title (if known) | Former Associate Dean, College of Management and Human Service |
| Street Address | 96 Falmouth St, |
| City and County | Portland |
| State and Zip Code | ME 04103 |
| Telephone Number | 207-780-5164 |
| E-mail Address | kuenz@maine.edu (if known) |

Defendant No. 6

| | |
|---|---|
| Name | Dr. Stephen Hansen |
| Job or Title (if known) | Former Associate Dean, College of Management and Human Service |
| Street Address | 96 Falmouth St, |
| City and County | Portland |
| State and Zip Code | ME 04103 |
| Telephone Number | 207-780-4032 |
| E-mail Address | stephen.c.hansen@maine.edu (if known) |

Defendant No. 7

| | |
|---|---|
| Name | Dr. Rozhin (Rojin) Yousefvand-Mansouri |
| Job or Title (if known) | Assistant Professor, Department of Accounting and Finance |
| Street Address | 96 Falmouth St, |
| City and County | Portland |
| State and Zip Code | ME 04103 |
| Telephone Number | 207-780-4286 |
| E-mail Address | rojinmansouri@maine.edu (if known) |

## II.  Basis for Jurisdiction

**Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.**

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question           ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act (ADA)

The WPA (5 U.S.C. § 2302(b)(8) and the Whistleblower Protection Enhancement Act of 2012)

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* IKECHUKWU NDU, is a citizen of the State of *(name)* CONNECTICUT.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is a corporation

        The defendant, *(name)* UNIVERSITY OF SOUTHERN MAINE_____, is incorporated under the laws of the State of *(name)* _____MAINE, and has its principal place of business in the State of *(name)* _____MAINE. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    b. If the defendant is an individual:

        The defendant, *(name)* __JACQUELINE EDMONDSON_____, is a citizen of the State of *(name)* _MAINE_____. *Or* is a citizen of *(foreign nation)* _____.

c. If the defendant is an individual:

    The defendant, *(name)* _____ADAM TUCHINSKY_____, is a citizen of the State of *(name)* __MAINE. *Or* is a citizen of *(foreign nation)* _____.

d. If the defendant is an individual:

    The defendant, *(name)* _____JOANNE WILLIAMS___, is a citizen of the State of *(name)* MAINE____. *Or* is a citizen of *(foreign nation)* _____.

e. If the defendant is an individual:

    The defendant, *(name)* ___JANE KUENZ__, is a citizen of the State of *(name)* MAINE_____. *Or* is a citizen of *(foreign nation)* _____.

f. If the defendant is an individual:

    The defendant, *(name)* _STEPHEN HANSEN_, is a citizen of the State of *(name)* ____MAINE_____. *Or* is a citizen of *(foreign nation)* _____.

g. If the defendant is an individual:

    The defendant, *(name)* _ROZHIN YOUSEFVAND-MANSOURI__, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _CANADA_____.

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Two million U.S. Dollars not counting interest and costs of court for compensation and damages. _____

## III. Statement of Claim

**Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.**

i. I, Dr. Ikechukwu Ndu, is seeking obtain justice and legal redress via arbitration against the other party, University of Southern Maine and other defendants.

ii. Dean Joanne Williams, Provost Adam Tuchinsky, President Jacqueline Edmondson, and fellow faculty members hated me for just being Black African which is illegal and unlawful as race is a protected characteristic based on U.S. law.

iii. University of Southern Maine constructively dismissed me and intentionally and willfully created an environment that was unsafe, unhealthy and impossible for me to work in. They then entered into a separation agreement with me providing a year's pay toward the end of August 2024.

iv. The racist, perverted, depraved, twisted, skewed, biased, discriminatory, partial, one-sided, jaundiced, unfair, unjust, inequitable, bigoted, distorted, retaliatory treatments of me by the Dean, Provost, President and faculty members are evident because they have not treated other faculty members this way during their contract renewal tenure and promotion evaluations and my treatment during my tenure of employment at USM causing me very adverse ill health to date and negatively impacting my quality of life.

v. Dean Joanne Williams and fellow faculty peer review members with the support and enabling of the Provost and President colluded together not to re-appoint me by terminating my appointment by discriminating against me because I am black and retaliating me because I blew the whistle on grounds of protecting and advancing the material public interest.

vi. Dean Joanne Williams, Provost Adam Tuchinsky, President Jacqueline Edmondson, and fellow faculty members were very biased in terminating my tenure contract in July 2024 of as there is detailed incontrovertible clear evidence of favoritism in favor of other faculty members comprising fundamentally flawed teaching of Dr Jeff Bartholomew and Dr Rojin Mansouri which their reviews revealed as evidence. However, their two-year contract renewals and early tenure

       in the case of Dr Jeff DiBartolomeo were approved by the peer review team unlike mine.

vii.    Dean Joanne Williams, Provost Adam Tuchinsky, President Jacqueline Edmondson, and fellow faculty members were being racist, biased, discriminatory, prejudiced and trying their best to give Dr Mansouri an unfair advantage against me to help her get tenure as they have given Dr Mansouri an additional Covid year to meet tenure. They have also recognized Dr Rojin Mansouri's two "C" ABDC ranked papers and one "B" ABDC ranked paper and work in progress and not done the same for me despite having published five "C" ABDC ranked papers and five other peer reviewed papers as well as several faulty-student research collaborations, and currently having a "B" ABDC ranked paper and one "C" ABDC rated paper under review. (See my letter to the Dean in response to the peer review report dated May 17th, 2024, Appendix 14 to 16)

viii.    Dean Joanne Williams, Provost Adam Tuchinsky, and fellow faculty members retaliated against me because I have several times identified significant gaps in their teaching during a requested departmental course and curriculum review. The university failed to provide a safe and healthy environment for me to perform my job free from threats, both actual and implied. Their retaliation against me for performing my job to the best of my abilities is therefore illegal and unlawful based on U.S. law. (See my letter to the Dean in response to the peer review report dated May 17th, 2024, Appendix 8 to 10).

ix.    Dean Joanne Williams, Provost Adam Tuchinsky, President Jacqueline Edmondson, and fellow faculty members retaliated against me because I have several times complained and filed formal complaints and grievances with Human resources against their actions for their numerous actions of racism, discrimination, and harassment against me from 2021 to date. Their retaliation against me is therefore illegal and unlawful based on U.S. law. (See my letter to the Dean in response to the peer review report dated May 17th, 2024, Appendix 3, 4, 5, 6, 7, 8, 9, 10)

x.    vi. Dean Joanne Williams, Provost Adam Tuchinsky, President Jacqueline Edmondson, and fellow faculty members retaliated against me because I have several times complained and filed formal whistleblowing complaints in the material public interest against their unlawful actions and wrongdoings. (See my letter to the Dean in response to the peer review report dated May 17th, 2024, and Appendix 1 to 3 of the of my letter to the Provost responding to the Dean dated June 12th, 2024)

xi. Dean Joanne Williams, Provost Adam Tuchinsky, President Jacqueline Edmondson, and fellow faculty members retaliated against me because I filed a formal whistleblowing protected disclosure regarding an alleged constructive dismissal attempt from the university and from teaching on the Graduate School of Business (GSB) as retaliation for making a whistleblowing claim and protected disclosure regarding the department's unlawful violation of the Alfond Agreement to introduce an online Master's program in direct competition with the GSB. The dean's retaliation against me for making a protected disclosure in the material public interest therefore illegal and unlawful based on U.S. law. (See Appendix 3 of my letter to the Provost responding to the Dean dated June 12th, 2024)

xii. Dean Joanne Williams, Provost Adam Tuchinsky, President Jacqueline Edmondson, and fellow faculty members retaliated against me because I filed a formal whistleblowing protected disclosure because I was denied access to Bloomberg due to racial discrimination which is a wrongdoing while a white Caucasian male had the Bloomberg terminal installed in his private office to date which costs USM $22,000 annually. On grounds of the material public interest, this is a whistleblower complaint and protected disclosure concerning favoritism regarding the misapplication of government funds, taxpayers' funds, and has Internal Revenue Services (IRS) tax implications regarding employee benefits-in-kind. The Dean's retaliation against me for making a protected disclosure in the material public interest therefore illegal and unlawful based on U.S. law. (See Appendix 3 of my letter to the Provost responding to the Dean dated June 12th, 2024).

xiii. Dean Joanne Williams, Provost Adam Tuchinsky President Jacqueline Edmondson, and fellow faculty members are taking opportunistic advantage to exploit the deeply and significantly flawed current promotion and tenure evaluation departmental process to retaliate against me. This is because the current promotion and tenure evaluation departmental process as it stands grossly violates the U.S. employment law prohibiting race discrimination against black people, grossly breaches the fundamental human rights of black people as set out in the U.S. law and constitution.

xiv. Dean Joanne Williams, Provost Adam Tuchinsky, and President Jacqueline Edmondson are retaliating against me because I complained and filed a formal complaint which is under current investigation regarding the criminal data violation perpetrated against me by Dr Rojin Mansouri and the Chair Dr Stephen Hansen against me fabricating evidence against me and making false accusations of plagiarism against the reviewee (See my letter to the Dean in response to the peer

        review report dated May 17th, 2024, section 2.18, page 52). This matter has been investigated by Human Resources and is currently being formally investigated by Human Resources who have advised that they will be issuing a formal report in due course.

xv.    Dean Joanne Williams, Provost Adam Tuchinsky, and President Jacqueline Edmondson retaliated against me because I filed a formal whistleblowing protected disclosure regarding an alleged false fictitious research publication by Dr. Dana Kerr and correctly accusing him and the department of double standards and hypocrisy. The retaliation against me for making a protected disclosure in the material public interest therefore illegal and unlawful based on U.S. law. (See Appendix 1 of my letter to the Provost responding to the Dean dated June 12th, 2024)

xvi.    Dean Joanne Williams, Provost Adam Tuchinsky, and President Jacqueline Edmondson retaliated against me because I filed a formal whistleblowing protected disclosure regarding an alleged false research publication and for no trace of evidence of a publisher of another research publication by Dr. Herbert Smoluk and correctly accusing him and the department of double standards and hypocrisy. The retaliation against me for making a protected disclosure in the material public interest therefore illegal and unlawful based on U.S. law. (See Appendix 2 of the reviewee's letter to the Provost responding to the Dean dated June 12th, 2024)

xvii.    Dean Joanne Williams, Provost Adam Tuchinsky, and President Jacqueline Edmondson are retaliating against me because of the issue raised in Appendix 1 of my letter to the President regarding the willful, criminal, and fraudulent misrepresentation by Dr Bert Smoluk as a current holder of the Chartered Financial Analyst (CFA) qualification that has been raised as a whistleblowing and protected disclosure to be investigated and addressed and for further review and attention.

xviii.    Dean Joanne Williams and Associate Dean Jane Kuenz further retaliated against me and tried extremely hard to take away the teaching load and re-allocate my teaching load to another faculty member in contravention of the American Disabilities Act, despite the doctors authorizing me to work from home in the meantime in March to April 2024 after my surgical operation that left me unable to walk.

xix.    Provost Adam Tuchinsky retaliated against me by withdrawing $2,400 of my $3,000 research grant approved by the USM senate despite approving the full amounts for other faculty members in 2024.

xx.     During my tenure at the University of Southern Maine, I was underpaid by almost $7,000 a year in violation of the Equal Pay Act as a result of the discrimination against me on the basis of nationality, race, color and gender which is strictly prohibited by U.S. law.

There are also other matters pertaining to which refer to Discrimination, Retaliation, Violations of public policy, Violations of employment contracts, and Whistleblowing.

### IV.    Relief

**State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.**

The damages and relief the plaintiff is asking the court to order is Two million US dollars as compensation and punitive money damages for the personal injury and severe decline in the health caused by the defendant that has significantly impaired the well-being of the plaintiff and adversely affected his means of performing daily tasks and activities and negatively impacted the plaintiff's means livelihood due to the increased likelihood that the plaintiff will have to take early retirement as a result of the alleged acts of the defendant.

I have since informed University of Southern Maine that I am claiming $2,000,000 (Two Million US Dollars) from them due to me. This is because it is evidently clear that the immense discrimination, retaliation, harassment, victimization, retaliation and violation of my employment contract that I suffered at the hands of the University of Southern Maine resulted in serious personal injury to me caused me a lot of traumatic experiences and extreme chronic stress that have been a major contributory factor that has terribly adversely affected my immune system which led to new ailments, illnesses, and health issues and aggravated and exacerbated my other health disabilities, caused me extreme stress, anxiety and depression that have adversely affected my physical, emotional and mental well-being, resulting in multiple emergency admissions, hospitalizations, hospital visits, treatments; home care; physical therapy sessions, and reliance on multiple medications that I am unable to go off to date. This has caused me a significant immense reduction in the quality of my life, significant multiple periods of physical absence from work, adversely affected my ability to earn a livelihood and negatively impacted my wellbeing and long-term life outlook. This is because to date, I am incapacitated and unable to perform without difficulty

my usual work and household activities; my usual hobbies, recreational or sporting activities; getting into and out of the bath; putting on my shoes and socks; squatting; lifting objects from the floor; performing activities around my home; getting in and out of a car; walking a mile; going up and down a flight of stairs; standing for one hour; running; making sharp turns; hopping; and rolling over in bed. These were all activities that I used to easily perform without any difficulty at all.

As a result, I will have to take early retirement, and this is why I am submitting a claim against the University of Southern Maine. While I was employed with University of Southern Maine and subsequently post my employment with University of Southern Maine, I was taking several daily medications averaging over ten at a time due to the ill treatment and abuse I suffered at the hands of University of Southern Maine which exacted a huge toll on my life, health and well-being and continue to so to date, despite my utmost efforts at containment. Before I joined University of Southern Maine, I was taking zero daily medication and I was in excellent physical, emotional and mental health and well-being, suffering no chronic stress symptoms, anxiety or depression issues as I currently am

In addition, I have requested to the University of Southern Maine, in accordance with the law, that I need a detailed update regarding the whistleblowing matters I raised as a matter of public policy in the material public interest and what remedial steps and measures that University of Southern Maine (USM) have taken to ensure that these do not happen again.

I also informed university of Southern Maine that the "release of any monetary damages or claims" clause they are referring to is actually both invalid and void because I was illegally terminated and I will prove this in the court of law during arbitration. The release of claims clauses is actually unenforceable, and my rights are unwaivable because the termination of my employment was illegal due to Discrimination, Retaliation, Violations of public policy, Violations of employment contracts, and Whistleblowing which all individually clearly applied in my constructive dismissal and unlawful termination of my contract by University of Southern Maine.

In addition to the requested settlement claim of Two Million US Dollars due to me from the University of Southern Maine, I need to obtain from University of Southern Maine, detailed updates of all my whistleblowing claims which is a legal requirement. University of Southern Maine has refused to concur to date. I also need to find out from the University of Southern Maine what disciplinary actions, steps and measures have been implemented to make sure that the terrible atrocities USM has willfully and intentionally done to me and other vulnerable minority staff in regards of the immense discrimination, harassment, victimization, and retaliation carried out against me and others causing me poor health and wellbeing to date are not perpetrated and done again to others.\\

## V.   Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _June 12th_____, 2025__.

Signature of Plaintiff _____

Printed Name of Plaintiff   IKECHUKWU NDU